```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA            :
                                    :
       - v. -                       :
                                    :   **ORDER**
ORANE NELSON,                       :
   a/k/a, "Amaze,"                  :   S8 13 Cr. 242 (SAS)
                                    :
              Defendant.            :
- - - - - - - - - - - - - - - - - - x
```

Upon the application of the United States of America by Jared Lenow, Assistant United States Attorney, it is hereby ORDERED that the Indictment in this matter, S8 13 Cr. 242 (SAS), be unsealed.

Dated: December 16, 2015
       New York, New York

_____
THE HONORABLE FRANK MAAS
CHIEF UNITED STATES MAGISTRATE JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  DEC 16 2015
```