USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 16 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

ORANE NELSON,
  a/k/a, "Amaze,"

        Defendant.

- - - - - - - - - - - - - - - - - - X

**AFFIRMATION**

S8 13 Cr. 242 (SAS)

JARED LENOW, hereby affirms:

    1.    I am an Assistant United States Attorney in the Office of Preet Bharara, United States Attorney for the Southern District of New York.

    2.    On December 15, 2015, the above-captioned Indictment was issued under seal by a Grand Jury sitting in the Southern District of New York.  In addition, an arrest warrant was issued for the defendant named in the Indictment.

    3.    The defendant was arrested on the morning of December 16, 2015, and will be presented before a federal judge for his initial appearance in the Southern District of New York.

    4.    Accordingly, the Government requests that the above-captioned Indictment be unsealed today, December 16, 2015, so that the defendant may be presented and arraigned on the Indictment

as soon as possible.

The foregoing is affirmed under penalty of perjury, pursuant to 28 U.S.C. § 1746.

Dated:   December 16, 2015
         New York, New York

_____
Jared Lenow
Assistant United States Attorney