USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 15 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

    - v. -

ORANE NELSON,
  a/k/a, "Amaze,"

        Defendant.

- - - - - - - - - - - - - - - - - - X

**SEALED INDICTMENT**

S8 13 Cr. 242 (SAS)

## COUNT ONE

(Narcotics Conspiracy)

The Grand Jury charges:

1. From at least in or about 2011, up to and including in or about 2013, in the Southern District of New York and elsewhere, ORANE NELSON, a/k/a, "Amaze," and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that ORANE NELSON, a/k/a, "Amaze," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substances that ORANE NELSON, a/k/a, "Amaze," the defendant, conspired to distribute and possess with the intent to distribute was 280 grams and more of mixtures and

substances containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

## COUNT TWO

(Possession of Firearms)

The Grand Jury further charges:

4.   From at least in or about 2011, up to and including in or about 2013, on occasions other than the murders of Jason Rivera and Jennifer Rivera on or about January 16, 2013, in the Southern District of New York and elsewhere, ORANE NELSON, a/k/a, "Amaze," the defendant, willfully and knowingly, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the narcotics conspiracy charged in Count One of this Indictment, did use and carry firearms, and, in furtherance of such crime, did possess firearms, and did aid and abet the use, carrying, and possession of firearms.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)

## COUNT THREE

(Murder of Jennifer Rivera)

The Grand Jury further charges:

5.   On or about January 16, 2013, in the Southern District of New York and elsewhere, ORANE NELSON, a/k/a, "Amaze," the defendant, willfully and knowingly, during and in relation to a

drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the narcotics conspiracy charged in Count One of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, and in the course of that crime did cause the death of Jennifer Rivera through the use of a firearm, which killing is murder as defined in Title 18, United States Code, Section 1111(a), to wit, NELSON shot and killed Jennifer Rivera, and aided and abetted the same, in the vicinity of 3318 Perry Avenue in the Bronx.

(Title 18, United States Code, Sections 924(j)(1) and 2.)

### COUNT FOUR

(Murder of Jason Rivera)

The Grand Jury further charges:

6. On or about January 16, 2013, in the Southern District of New York and elsewhere, ORANE NELSON, a/k/a, "Amaze," the defendant, willfully and knowingly, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the narcotics conspiracy charged in Count One of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, and in the course of that crime did cause the death of Jason

a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third person;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b) and 21 U.S.C. § 853(p) to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 981 and 924, and Title 28, United States Code, Section 2461.)

FOREPERSON   12/15/15

PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ORANE NELSON,
a/k/a, "Amaze,"

                Defendant.

**SEALED INDICTMENT**

S8 13 Cr. 242 (SAS)

(Title 21, United States Code, Section 846; Title 18, United States Code, Sections 924(c), 924(j), and 2)

                PREET BHARARA
            United States Attorney.

**A TRUE BILL**

*[signature]*
        12/15/15 Foreperson.

12/15/15 - Filed Sealed Superseding Indictment.
a/w issued.
*[signature]* J Maas
USMJ