UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :

           -v-                    :    ORDER

ORANE NELSON,                     :    S8 13 Cr. 242 (SAS)

              Defendant.          :

- - - - - - - - - - - - - - - - - -X

         Upon the application of the Government, by and through
Assistant United States Attorney Jared Lenow, and with the
consent of the defendant, by and through his counsel, it is
hereby ORDERED that time is excluded under the Speedy Trial Act, at 4:30pm
18 U.S.C. § 3161 from the date of this Order until March 14,
2016.

         The Court finds that the ends of justice served by
granting a continuance outweigh the best interests of the public
and the defendant in a speedy trial because it will allow the
parties to discuss a pretrial resolution of this matter.
Accordingly, it is ORDERED that the time from the date of this

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  1/12/16

Order through _March 14_ , 2016 is hereby excluded under the

Speedy Trial Act, 18 U.S.C. § 3161, in the interests of justice.

Dated:   New York, New York
         _Jan. 12_ , 2016

SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE